IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DEBORAH CALHOUN, JESSICA**        **PLAINTIFFS**
**COGLIN, ANTONIO DAVIS, and**
**SAMANTHA SANDERS**

vs.      No. 5:21-cv-162-JKP-ESC

**NIXON ENGINEERING, LLC**        **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The parties are in the process of finalizing settlement terms and expect to file a Joint Motion for Approval of Settlement with the Court within twenty-one (21) days from the filing of this Joint Notice of Settlement. In light of the settlement, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**DEBORAH CALHOUN, JESSICA COGLIN, ANTONIO DAVIS and SAMANTHA SANDERS, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ Merideth Q. McEntire
Merideth Q. McEntire
Tex. Bar No. 24105123
merideth@sanfordlawfirm.com

/s/ Josh Sanford
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and   **DEFENDANT NIXON ENGINEERING, LLC**

DYKEMA GOSSETT PLLC
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-550
Facsimile: (210) 226-8395

/s/ Ramon D. Bissmeyer
Ramon D. Bissmeyer
Tex. Bar No. 00787088
rbissmeyer@dykema.com

DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

Elizabeth A. Voss
Tex. Bar No. 24075160
evoss@dykema.com